# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**RICKY BARNARD TATUM, SR.**                                              **PLAINTIFF**

**v.**                    **CASE NO: 4:14CV00486 BSM**

**WILLIE ROBINSON**                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the verdict returned by the jury on September 21, 2017, following two days of trial, judgment is entered in favor of defendant Willie Robinson, and against plaintiff Ricky Barnard Tatum, Sr., on all claims, and the complaint [Doc. No. 2] is dismissed with prejudice. Court costs are assessed against plaintiff.

IT IS SO ORDERED this 22nd day of September 2017.

_____
UNITED STATES DISTRICT JUDGE